# EXHIBIT A to

*Notice of Removal*

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

Jose Javier Samayoa
_____
Plaintiff

vs.

Restaurant Associates
_____
Defendant

Case Number  18-0003711

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Self Represented
Name of Plaintiff's Attorney

9002 Cooper Drive
Address
Fort Washington, MD 20744

202-805-5777
Telephone

Clerk of the Court
By: _____ Deputy Clerk
Date _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면,(202)879-4828로 전화주십시오      [Amharic] (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                                                                  Super. Ct. Civ. R. 4

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Mr. José Javier Samayoa
9007 Cooper Drive
Fort Washington, MD 20744  Plaintiff
202-805-5777
vs.

Restaurant Associates
Corporate Headquarters
132 West 31st Street
New York, NY 10001  Defendants
(212) 613-5500

CIVIL ACTION No. 18-0003711

RECEIVED AND RETURNED
Civil Clerk's Office
MAY 23 2018
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Washington DC - I believe I have been discriminated against on the basis of my race (Hispanic), national origin (Salvadorian) and retaliated against for engaging in proper protected activity under the law in violation of Title VII of the Civil Rights Act of 1964, as amended, ~~Also~~ And the DCHRA Code 2.1401.01

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 90,000.00 with interest and costs.

Phone: 202-805-5777

DISTRICT OF COLUMBIA, SS

José Javier Samayoa, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

(Plaintiff / Agent)

Subscribed and sworn to before me this 24/a day of _____ 20 18.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00    SEP N3/18